IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00434-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAN MICHAEL PHILLIPS

    Defendant.

## ORDER

    ORDERED:

Pursuant to Rule 6(e)(3)(E)(i), counsel for the government may disclose preliminarily to the trial in this case, the transcript of the testimony and exhibits of any grand jury witness that the government may call at trial under the following conditions:

    1.) There shall be no reproduction or dissemination of the material by the defendant or by defense counsel.

    2.) The grand jury material shall be retained in the custody of the office of the attorney for the defendant.

    3.) The grand jury material provided by the government shall be returned to the government at the conclusion of this case or pending further order of the Court.

    4.) That disclosure of the grand jury matter is limited to the defendant and to counsel appearing for the defendant in this case and the material is to be used only for this case.

DATED this 21st day of November, 2011.

BY THE COURT:

*[signature: Brooke Jackson]*

R. BROOKE JACKSON, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO